# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY50 | E 1033206 | Moore | 1279 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 03/10/2025 0905 | 38 CFR 1.218 (6)(11) |

**Place of Offense:** 10. N Greene St. Baltimore, Md 21201

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Disorderly conduct which tends to impede the normal operation of a service.

### DEFENDANT INFORMATION

Last Name: Soul
First Name: Mahoganne J

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250.00 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1033206*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 10, 2025** while exercising my duties as a law enforcement officer in the **Central** District of **Balto., MD**.

At about 0905 hrs., I (Lt. T. Moore) responded to the 4th floor of the Department of Veterans Affairs Hospital Baltimore for a Veteran being disorderly. Upon arrival, I met with Veteran Mahoganne Soul and asked to speak with her to investigate reported incident. Veteran refused and walked away being loud and boisterous making intimidating statements towards staff impeding on their duties. Veteran refused to stop behavior when asked and was advised to exit the facility; however, each time she refused. Veteran Soul became assaultive while resisting my attempts to restrain her from entering a facility elevator to return to return to the original area where she caused a disturbance while intimidating staff. Striking me several times before being restrained and placed in handcuff. NCIC check conducted with negative results.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/10/2025**    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident